# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE A. THOMPSON, | NO. CV 08-03210 GHK (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to the Court's Order Adopting and Modifying Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is AFFIRMED and the above-captioned action is DISMISSED with prejudice.

DATED: 1/29/10

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE